UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br>            Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY<br>MEMORIAL HOSPITAL, INC. and<br>RICHARD A. SMITH,<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10981-RCL<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS

      Please enter the appearance of undersigned counsel, Tamsin R. Kaplan, Esq., as counsel for Defendants Pathology Associates of Sturdy Memorial Hospital, Inc., and Richard A. Smith in the above captioned matter.

                               Respectfully submitted,

                               PATHOLOGY ASSOCIATES OF STURDY
                               MEMORIAL HOSPITAL
                               and RICHARD A. SMITH

                               By their attorneys,

                               /s/ Tamsin R. Kaplan_____
                               Tamsin R. Kaplan  BBO #561558
                               TAMSIN R. KAPLAN & ASSOCIATES, P.C.
                               90 Concord Avenue
                               Belmont, MA 02478
                               (617) 484-3210

Dated:  June 15, 2005

## **CERTIFICATE OF SERVICE**

      I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 15th day of June, 2005, by electronic filing and first class mail, postage pre-paid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

      /s/ Tamsin R. Kaplan  
      Tamsin R. Kaplan