## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CYNTHIA FOSS BOWMAN,

      Plaintiff,

v.

PATHOLOGY ASSOCIATES OF STURDY
MEMORIAL HOSPITAL, INC. and
RICHARD A. SMITH,

      Defendants.

Civil Action No. 05-10981-RCL

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendants Pathology Associates of Sturdy Memorial Hospital, Inc. ("PASM")  and

Richard A. Smith, and their attorney, Tamsin R. Kaplan, Esq., certify that they have conferred

(a) with a view to establishing a budget for the costs of conducting the full course, and various

alternative courses, of the litigation; and (b) to consider the resolution of the litigation through

the use of alternative resolution programs.

      Respectfully submitted,

      PATHOLOGY ASSOCIATES OF STURDY MEMORIAL
      HOSPITAL, INC., and RICHARD A. SMITH,
      By their attorneys,


      /s/ Tamsin R. Kaplan_____
      Tamsin R. Kaplan (BB0 #561558)
      TAMSIN R. KAPLAN & ASSOCIATES, P.C.
      90 Concord Avenue
      Belmont, MA  02478
      (617) 484-3210

Dated:  July 27, 2005

Pathology Associates of Sturdy Memorial Hospital, Inc.
By Richard A. Smith

Richard A. Smith

Dated: July 27, 2005

<u>CERTIFICATE OF SERVICE</u>

I, Tamsin R. Kaplan, hereby certify that I have served a copy of the foregoing document on this 27th day of July, 2005 by electronic filing and first-class mail, postage prepaid, upon the attorney of record for the Plaintiff, Vincent J. Pisegna, Esq., Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA  02210.

/s/ Tamsin R. Kaplan_____
Tamsin R. Kaplan