UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05 10981 RCL

CYNTHIA FOSS BOWMAN,
                      Plaintiff,

v.

PATHOLOGY ASSOCIATES OF STURDY
MEMORIAL HOSPITAL, INC. and RICHARD A.
SMITH,
                      Defendants.

**PROPOSED JOINT PRE-TRIAL SCHEDULE**

Pursuant to the Notice of Scheduling Conference and Additional Matters dated June 16, 2005 and Local Rules 16.1(B) and (D), the parties hereto have exchanged correspondence[1] and agreed upon the following proposed pre-trial schedule:

    1.        Phase 1 (discovery desired to develop information needed for an assessment of the case) - This phase may include (a) the production of documents by both parties pursuant to document requests, (b) interrogatories, (c) depositions of the parties, and (d) if necessary to achieve the purposes of Phase 1 discovery, depositions of the individuals listed in the initial disclosures of the parties, and any other person discovered in connection with responses to document requests, interrogatories or deposition questions. To be completed by November 11, 2005.

---

[1] Plaintiff's counsel wrote to Defense Counsel on July 20, 2005 with a proposed Joint Pre-Trial Schedule and Joint Case Management Statement. Defense Counsel substantively responded but stated that she would be on vacation for two (2) weeks. This pleading reflects the degree of agreement between the parties per the exchange of correspondence.

2.	Phase 2 (all other non-expert discovery and any persons not deposed in Phase 1) - To be completed by December 12, 2005.

3.	Phase 3 (dispositive motions) - All dispositive motions to be submitted by January 11, 2006. All oppositions thereto to be submitted by February 10, 2006.

4.	Phase 4 (expert discovery, if necessary) - Answers and supplemental answers to expert interrogatories to be completed by April 11, 2006 and expert depositions to be completed by May 12, 2006.

5.	A final pre-trial conference will be scheduled on or after May 12, 2006, at the Court's convenience.

| PATHOLOGY ASSOCIATES OF STURDY MEMORIAL HOSPITAL and RICHARD A. SMITH, By their attorneys, | CYNTHIA FOSS BOWMAN, By her attorneys, |
|---|---|
| Tamsin R. Kaplan, BBO# 561558<br>TAMSIN R. KAPLAN & ASSOCIATES, P.C.<br>90 Concord Avenue<br>Belmont, MA  02478<br>(617) 484-3210 | Vincent J. Pisegna  BBO# 400560<br>Aaron J. Mango BBO# 660939<br>KROKIDAS & BLUESTEIN LLP<br>600 Atlantic Avenue<br>Boston, MA  02210<br>(617) 482-7211 |

DATED:	July 29, 2005

2129\0001\152482.2