UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05 10981 RCL

CYNTHIA FOSS BOWMAN,
                    Plaintiff,

v.

PATHOLOGY ASSOCIATES OF STURDY
MEMORIAL HOSPITAL, INC. and RICHARD A.
SMITH,

                    Defendants.

**JOINT CASE MANAGEMENT STATEMENT OF ALL PARTIES**

INTRODUCTION

In this action, Plaintiff, Dr. Cynthia Foss Bowman ("Bowman"), seeks to recover monetary damages arising out of the breach of an employment contract wherein Defendants agreed, among other things, to fund a retirement account for Bowman's benefit and to reimburse Bowman for certain work related expenses.

Defendants Pathology Associates of Sturdy Memorial Hospital, Inc. and Richard A. Smith unequivocally deny liability in this matter. The Defendants are not in breach of contract. The Defendants deny making the promises alleged by the Plaintiff. The Defendants also deny making any misrepresentations to the Plaintiff. To the extent that a contract existed between the parties, the Defendants complied with all of its terms. However, by her conduct, the Plaintiff breached, repudiated and/or failed to perform under the alleged contract, thereby releasing the Defendants from any contractual obligations. The Plaintiff's claim for Breach of the Covenant

of Good Faith and Fair Dealing fails as a matter of law.

To date, Bowman's Complaint and Defendants' Answer have been filed and Bowman has served her Initial Disclosures pursuant to Rule 26(a)(1).

I. <u>PROPOSED CASE MANAGEMENT CONFERENCE AGENDA</u>

    A.    Status of settlement;

    B.    Proposed pre-trial schedule;

    C.    Whether ADR and/or trial before magistrate judge is appropriate; and

    D.    Additional case management conferences.

II. <u>STATUS OF SETTLEMENT</u>

Bowman has presented a written settlement proposal to Defendants. Defense counsel represented that she has conferred with her clients on the subject of settlement prior to the scheduling conference and is prepared to respond to any proposal by Plaintiff at the scheduling conference.

III. <u>PROPOSED PRE-TRIAL SCHEDULE</u>

The parties have agreed to a proposed pre-trial schedule, submitted herewith.

IV. <u>ADR AND REFERENCE TO TRIAL BEFORE MAGISTRATE JUDGE</u>

Plaintiff is willing to consent to trial before a Magistrate Judge; Defendants are not so willing. Certifications of counsel and parties as required by Local Rule 16.1(D)(3) will be filed at or before the scheduling conference.

V. <u>ADDITIONAL CASE MANAGEMENT CONFERENCES</u>

The parties do not foresee the need for additional case management conferences at this time.

| | |
|---|---|
| PATHOLOGY ASSOCIATES OF STURDY MEMORIAL HOSPITAL and RICHARD A. SMITH, By their attorneys, | CYNTHIA FOSS BOWMAN, By her attorneys, |
| _____ Tamsin R. Kaplan, BBO# 561558 TAMSIN R. KAPLAN & ASSOCIATES, P.C. 90 Concord Avenue Belmont, MA  02478 (617) 484-3210 | _____ Vincent J. Pisegna, BBO# 400560 Aaron J. Mango BBO# 660939 KROKIDAS & BLUESTEIN LLP 600 Atlantic Avenue Boston, MA  02210 (617) 482-7211 |

DATED:     July 29, 2005

2129\0001\152480.2