UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05 10981 RCL

CYNTHIA FOSS BOWMAN,
                  Plaintiff,

v.

PATHOLOGY ASSOCIATES OF STURDY
MEMORIAL HOSPITAL, INC. and RICHARD A.
SMITH,
                  Defendants.

**CERTIFICATE OF SERVICE**

I, Vincent J. Pisegna, hereby certify that on July 29, 2005, I served a copy of a Certification, via facsimile and first class mail, postage prepaid, upon Tamsin R. Kaplan, Esq., Tamsin R. Kaplan & Associates, P.C., 90 Concord Avenue, Belmont, MA 02478.

                                            Vincent J. Pisegna

2129\0001\153883.1