UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                )
CYNTHIA FOSS BOWMAN,                             )
                        Plaintiff,               )
                                                )
v.                                               )
                                                )
PATHOLOGY ASSOCIATES OF STURDY                   )   Civil Action No. 05-10981-RCL
MEMORIAL HOSPITAL, INC.  and                     )
RICHARD A. SMITH,                                )
                        Defendants.              )
_____)


DEFENDANTS' MOTION TO EXTEND SCHEDULING DEADLINES

Defendants Pathology Associates of Sturdy Memorial Hospital, Inc. and Richard

A. Smith hereby request a one month extension of the discovery deadlines ordered by this

Court on August 4, 2005 in this matter.  Such extension is sought for the following

purposes only:  (1) to conduct the deposition of Plaintiff Cynthia Foss Bowman and (2) to

obtain all documents that Defendants have requested to be produced by Plaintiff pursuant

to Fed. R. Civ. P. 34.  This is the first extension sought by any party in this matter.

At this time, the deposition of Plaintiff is scheduled for December 2, 2005.

Plaintiff's deposition has been delayed due to cancellation by Plaintiff two days before the

original date for her deposition on September 28, 2005 and her subsequent limited

availability.  At this time, the parties have agreed that Plaintiff will be deposed on

December 2, 2005.

In addition, at this time, Plaintiff has failed to produce any of the documents

requested by Defendants in their First Request for Production of Documents dated August

26, 2005.  Today, Defendants have filed a Motion to Compel with respect to this overdue

document production.  In addition, Defendants served on Plaintiff's counsel on November

2, 2005 their Second Request for Production of Documents.  Plaintiff's additional

documents in response are due before December 2, 2005.

A one month extension of the discovery deadlines for the above stated purposes

will enable Defendants to proceed in this matter.  For the reasons set forth above,

Defendants hereby request a one month extension of the discovery deadlines in this matter

for the above stated purposes only.


Respectfully submitted,

PATHOLOGY ASSOCIATES OF STURDY
MEMORIAL HOSPITAL
and RICHARD A. SMITH

By their attorneys,


/s/ Tamsin R. Kaplan
Tamsin R. Kaplan, BBO#561558
TAMSIN R. KAPLAN & ASSOCIATES, P.C.
90 Concord Avenue
Belmont, MA 02478
(617) 484-3210


Dated:  November 3, 2005

CERTIFICATE OF SERVICE

I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 3rd day of November, 2005, by electronic filing and first class mail, postage pre-paid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.


/s/ Tamsin R. Kaplan
Tamsin R. Kaplan