UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
CYNTHIA FOSS BOWMAN,                        )
            Plaintiff,                      )
                                            )
v.                                          )
                                            )
PATHOLOGY ASSOCIATES OF STURDY              )   Civil Action No. 05-10981-RCL
MEMORIAL HOSPITAL, INC. and                 )
RICHARD A. SMITH,                           )
            Defendants.                     )
_____)


CERTIFICATION PURSUANT TO LOCAL RULE 7.1 TO ACCOMPANY
DEFENDANTS' MOTION TO EXTEND SCHEDULING DEADLINES

I, Tamsin R. Kaplan, attorney of record for the Defendants in the above captioned matter, hereby certify that I have complied with the requirements of Local Rule 7.1. I have had several oral and written communications with Plaintiff's counsel relating to the issue of extending the time for discovery in this matter. Because Plaintiff does not wish to join in a joint motion to extend the time for discovery for all parties and all purposes, Defendants have filed their motion to extend discovery for specific purposes only.

Respectfully submitted,

PATHOLOGY ASSOCIATES OF STURDY
MEMORIAL HOSPITAL
and RICHARD A. SMITH

By their attorneys,


/s/ Tamsin R. Kaplan
Tamsin R. Kaplan, BBO#561558
TAMSIN R. KAPLAN & ASSOCIATES, P.C.
90 Concord Avenue
Belmont, MA 02478
(617) 484-3210

Dated: November 9, 2005

CERTIFICATE OF SERVICE

      I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 9th day of November, 2005, by electronic filing and first class mail, postage pre-paid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

      /s/ Tamsin R. Kaplan
      Tamsin R. Kaplan