UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| CYNTHIA FOSS BOWMAN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PATHOLOGY ASSOCIATES OF STURDY | ) | Civil Action No. 05-10981-RCL |
| MEMORIAL HOSPITAL, INC.  and | ) | |
| RICHARD A. SMITH, | ) | |
| Defendants. | ) | |

_____)

WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANTS' MOTION TO COMPEL

Defendants Pathology Associates of Sturdy Memorial Hospital, Inc. and Richard

A. hereby withdraw without prejudice their Motion to Compel filed with this Court on

November 3, 2005.


Respectfully submitted,


PATHOLOGY ASSOCIATES OF STURDY
MEMORIAL HOSPITAL
and RICHARD A. SMITH

By their attorneys,

/s/ Tamsin R. Kaplan____
Tamsin R. Kaplan, BBO#561558
TAMSIN R. KAPLAN & ASSOCIATES, P.C.
90 Concord Avenue
Belmont, MA 02478
(617) 484-3210


Dated:  November 9, 2005

<u>CERTIFICATE OF SERVICE</u>

I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 9th day of November, 2005, by electronic filing and first class mail, postage pre-paid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.


/s/ Tamsin R. Kaplan
Tamsin R. Kaplan