UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05 10981 RCL

CYNTHIA FOSS BOWMAN,

Plaintiff,

v.

PATHOLOGY ASSOCIATES OF STURDY
MEMORIAL HOSPITAL, INC. and RICHARD A.
SMITH,

Defendants.

**LIMITED OPPOSITION OF PLAINTIFF TO DEFENDANTS' MOTION TO EXTEND
SCHEDULING DEADLINES**

Plaintiff, Cynthia Foss Bowman ("Bowman"), does not oppose the request by

Defendants, Pathology Associates of Sturdy Memorial Hospital, Inc. and Richard A. Smith

("Defendants") for a one month extension of the discovery deadlines ordered by this Court on

August 4, 2005. However, to the extent discovery, including Defendants' late served document

production, reveals the need to engage in any further discovery by Plaintiff within the one month

extension of time requested by Defendant, Bowman respectfully requests that such additional,

limited discovery be allowed.

Further responding, and for the record, Plaintiff's deposition was delayed due to the

insistence by Richard A. Smith that he attend the deposition and the unavailability of counsel to

conduct the deposition on several dates tendered before the discovery deadline. Moreover,

Plaintiff filed a timely response to Defendants' First Request for Production of Documents and it

took several weeks to redact over 600 pages of documents requested by Defendants, which

documents have been produced. Defendants' response to Bowman's document request was late

without a request for an extension of time and documents were produced several weeks after the response was due.

WHEREFORE, Bowman files this limited opposition and requests relief as set forth herein.

CYNTHIA FOSS BOWMAN,
By her attorneys,


Vincent J. Risegna   BBO# 400560
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 482-7211

DATED:       November 9, 2005


2129\0001\157716.1