UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY<br>MEMORIAL HOSPITAL, INC. and<br>RICHARD A. SMITH,<br><br>    Defendants. | Civil Action No. 05-10981-RCL |

## DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY PLAINTIFF AND FOR ATTORNEYS' FEES AND COSTS

Defendants Pathology Associates of Sturdy Memorial Hospital, Inc. and Richard A. Smith hereby move this Court for an Order to compel Plaintiff Cynthia Foss Bowman to provide her calendars and all documents and other items requested by Defendants' Document Request No. 12 contained in their First Request for Production of Documents Propounded to Plaintiff. In addition, in response to the abuses of the discovery process by Plaintiff and her counsel, Defendants further move this Court to require Plaintiff and/or her counsel to pay for all of Defendants' attorneys' fees and costs related to the discovery disputes in this matter and all attorneys' fees and costs incurred in bringing this Motion, and to grant such other further relief as this Court deems just and proper.

This Motion is supported by the Memorandum of Law in Support of Defendants' Motion to Compel Production of Documents by Plaintiff and for Attorneys' Fees and Costs and by the Affidavit of Tamsin R. Kaplan, Esq. A proposed Order is attached hereto.

1

                                        Respectfully submitted,
                                        PATHOLOGY ASSOCIATES OF STURDY
                                        MEMORIAL HOSPITAL, INC. and
                                        RICHARD A. SMITH,
                                        By their Attorneys,


                                        /s/ Tamsin R. Kaplan_____
                                        Tamsin R. Kaplan BBO #561558
                                        TAMSIN R. KAPLAN & ASSOCIATES, P.C.
                                        90 Concord Avenue
                                        Belmont, MA 02478
                                        (617) 484-3210

March 14, 2006

CERTIFICATE OF SERVICE

     I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 14th day of March, 2006, by electronic filing and first class mail, postage pre-paid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

                                      /s/ Tamsin R. Kaplan
                                      Tamsin R. Kaplan

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br><br>          Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY MEMORIAL HOSPITAL, INC. and RICHARD A. SMITH,<br><br>          Defendants. | Civil Action No. 05-10981-RCL |

**ORDER**

This matter comes before the Court on Defendants' Motion to Compel Production of Documents by Plaintiff and for Attorneys' Fees and Costs. After review of the submissions from the parties in this matter, this Court hereby orders as follows:

Plaintiff shall produce within 14 days all documents and other items in response to Document Request No. 12 contained in Defendants' First Request for Production of Documents Propounded to Plaintiff, including but not limited to, any calendars in the possession, custody or control of Plaintiff for the period from March 1, 2002 through the present.

This Court further orders that Plaintiff pay for all of Defendants' attorneys' fees and costs related to the discovery disputes in this matter and all attorneys' fees and costs incurred in bringing Defendants' Motion to Compel Production of Documents by Plaintiff and for Attorneys' Fees and Costs.

                                                              Lindsay, J.

Dated: