UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br><br>      Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY MEMORIAL HOSPITAL, INC. and RICHARD A. SMITH,<br><br>      Defendants. | Civil Action No. 05-10981-RCL |

CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1

I, Tamsin R. Kaplan, attorney of record for the Defendants in the above captioned matter, hereby certify that I have complied with the requirements of Local Rules 7.1 and 37.1. I have had numerous oral and written communications with Plaintiff's counsel for the purpose of attempting to obtain all documents in response to Defendants' First Request for Production of Documents, including a telephone conference on December 14, 2005 pursuant to Local Rule 37.1. Despite these many communications, Plaintiff has failed to provide, at least, Plaintiff's calendars, in response to Request No. 12.

Respectfully submitted,

PATHOLOGY ASSOCIATES OF STURDY
MEMORIAL HOSPITAL
and RICHARD A. SMITH

By their attorneys,

/s/ Tamsin R. Kaplan
Tamsin R. Kaplan, BBO#561558
TAMSIN R. KAPLAN & ASSOCIATES, P.C.
90 Concord Avenue
Belmont, MA 02478
(617) 484-3210

March 14, 2006

CERTIFICATE OF SERVICE

      I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 14th day of March, 2006, by electronic filing and first class mail, postage pre-paid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

                                   /s/ Tamsin R. Kaplan
                                   Tamsin R. Kaplan