UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br>　　　　　Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY<br>MEMORIAL HOSPITAL, INC. and<br>RICHARD A. SMITH,<br>　　　　　Defendants. | Civil Action No. 05-10981-RCL |

Notice of Filing With Clerk's Office

　　　Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only:

Exhibits to Memorandum of Law in Support of Defendants' Motion to Compel Production of Documents by Plaintiff and For Attorneys' Fees and Costs:

A.　　Complaint and Jury Demand;

B.　　Answer of Pathology Associates of Sturdy Memorial Hospital, Inc., and Richard A. Smith;

C.　　Defendants' First Request for Production of Documents Propounded to Plaintiff;

D.　　Response of Cynthia Foss Bowman to Defendants' First Request for Production of Documents; and

E.　　Excerpts from Plaintiff's Deposition Transcript.

Exhibits to Affidavit of Tamsin R. Kaplan, Esq:

1.　　Letter dated September 29, 2005;

2.　　E-mail dated October 7, 2005;

3. E-mail dated October 12, 2005

4. Letter dated October 13, 2005;

5. Letter dated October 20, 2005;

6. E-mail dated December 6, 2005;

7. Letter dated December 9, 2005;

8. Letter dated December 14, 2005;

9. Letter dated December 23, 2005;

10. Letter dated January 12, 2006;

11. Letter dated February 2, 2006; and

12. Letter dated February 8, 2006.

The original documents are maintained in the case file in the Clerk's Office.

    Respectfully submitted,
    PATHOLOGY ASSOCIATES OF STURDY
    MEMORIAL HOSPITAL, INC. and
    RICHARD A. SMITH,
    By their Attorneys,


    /s/ Tamsin R. Kaplan
    Tamsin R. Kaplan BBO #561558
    TAMSIN R. KAPLAN & ASSOCIATES, P.C.
    90 Concord Avenue
    Belmont, MA 02478
    (617) 484-3210

March 14, 2006

CERTIFICATE OF SERVICE

      I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 14th day of March, 2006, by electronic filing and first class mail, postage pre-paid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

                                        /s/ Tamsin R. Kaplan
                                        Tamsin R. Kaplan