UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05 10981 RCL

CYNTHIA FOSS BOWMAN,

                Plaintiff,

v.

PATHOLOGY ASSOCIATES OF STURDY
MEMORIAL HOSPITAL, INC. and RICHARD A.
SMITH,

                Defendants.

**OPPOSITION OF CYNTHIA FOSS BOWMAN TO DEFENDANTS'
MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY
PLAINTIFF AND FOR ATTORNEYS FEES AND COSTS**

Plaintiff, Cynthia Foss Bowman ("Bowman"), hereby opposes Defendants' Motion To Compel Production of Documents By Plaintiff And For Attorneys Fees And Costs and submits, in support hereof, Memorandum In Support of Opposition of Cynthia Foss Bowman to Defendants' Motion To Compel Production of Documents By Plaintiff And For Attorneys Fees And Costs and Affidavit of Vincent J. Pisegna In Response To Affidavit of Tamsin R. Kaplan, Esquire.

WHEREFORE, Bowman respectfully requests that this Court deny Defendants' Motion To Compel Production of Documents by Plaintiff And For Attorneys Fees And Costs, grant her her attorneys' fees and costs incurred in connection with same, and grant such other further relief as is just.

                                          CYNTHIA FOSS BOWMAN,
                                          By her attorneys,

                                          _____
                                          Vincent J. Pisegna BBO# 400560
                                          Aaron J. Mango BBO# 660939
                                          KROKIDAS & BLUESTEIN LLP
                                          600 Atlantic Avenue
                                          Boston, MA  02210
                                          (617) 482-7211

DATED:      March 28, 2006

## CERTIFICATE OF SERVICE

I, Vincent J. Pisegna, hereby certify that on March 28, 2006, I caused to be served a true and accurate copy of the foregoing document, via first class mail, postage prepaid, upon Tamsin R. Kaplan, Esq., Tamsin R. Kaplan & Associates, P.C., 90 Concord Avenue, Belmont, MA 02478.

_____
Vincent J. Pisegna

2129\0001\161784.1