# United States District Court
# District of Massachusetts

CYNTHIA BOWMAN,
    Plaintiff,

    V.                    CIVIL ACTION NO. 2005-10981-RCL

PATHOLOGY ASSOCIATES OF
    STURDY MEMORIAL HOSPITAL, INC.,
RICHARD A. SMITH,
    Defendants.

## *ORDER ON DEFENDANTS'*
## *MOTION TO COMPEL PRODUCTION OF*
## *DOCUMENTS BY PLAINTIFF AND FOR*
## *ATTORNEYS' FEES AND COSTS (#17)*

COLLINGS, U.S.M.J.

    The Court shall deal with this matter summarily. It is ORDERED that the objections to Request # 12 be, and the same hereby are, OVERRULED. The plaintiff is ORDERED, pursuant to Rule 37(a)(2), Fed. R. Civ. P., to produce, **on or before the close of business on Friday, April 21, 2006,** any and all non-privileged documents which are responsive to Request #12

which have not been previously produced. If any documents responsive to Request #12 are being withheld on the ground of privilege, the plaintiff shall, *on or before the close of business on Friday, April 21, 2006,* serve a privilege log.

If, despite the asserted objections, all documents responsive to Request #12 have been produced and no documents responsive to Request #12 are being withheld on the ground of privilege, counsel for the plaintiff shall so state in writing in a pleading filed with the Court and served on counsel for the defendants *on or before the close of business on Friday, April 21, 2006.*

No costs are awarded to any party.

In accordance with the foregoing, it is ORDERED that Motion #17 be, and the same hereby is ALLOWED in part and otherwise DENIED.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: April 5, 2006.