UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br><br>     Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY<br>MEMORIAL HOSPITAL, INC. and<br>RICHARD A. SMITH,<br><br>     Defendants. | Civil Action No. 05-10981-RCL |

**DEFENDANTS' MOTION FOR STATUS CONFERENCE**

Defendants Pathology Associates of Sturdy Memorial Hospital, Inc. and Richard A. Smith hereby move this Court to Order that the Conference in this matter on June 15, 2006 at 3:00 p.m. will be conducted at a Status Conference rather than a Pre-trial Conference.

In support of this Motion, Defendants state that the pre-trial process is premature at this time. Significant delays in the discovery of this matter have resulted from the lack of cooperation of the Plaintiff. For example, it took eight months for the Defendants to obtain the Plaintiff's complete document production. The Defendants' First Request for Production of Documents was served on the Plaintiff on August 26, 2005. Pursuant to a Court Order (Collings, J.) in response to Defendants' Motion to Compel, Plaintiff produced responsive documents just five weeks ago, on April 21, 2006. Subsequently, since May 5, 2006, Defendants' counsel has endeavored to schedule the continued deposition of the Plaintiff. To date, however, Plaintiff has not agreed to a date for the continuation of her deposition.

1

The deposition of the Plaintiff was commenced on December 2, 2005 and suspended after approximately three hours of testimony, to be continued as needed. During the deposition and subsequently the Defendants learned about and, after considerable effort and a Motion to Compel, obtained from the Plaintiff hundreds of pages of documents pertinent to this matter as follows.

1. Documents from Sturdy Memorial Hospital produced to Plaintiff's counsel on October 17, 2005 in response to a subpoena served by Plaintiff's counsel, received by Defendants' counsel on or about December 16, 2005.

2. Plaintiff's Supplemental Document Production, after Local Rule 37.1 conference, received by Defendants' counsel on or about December 23, 2005.

3. Plaintiff's Initial Disclosure documents, after further correspondence pursuant to Local Rule 37.1, received by Defendants' counsel on February 2, 2006.

4. Plaintiff's additional Supplemental Document Production, after Defendants' Motion to Compel and a Court Order, received by Defendants' counsel on April 21, 2006.

On May 5, 2006, Defendants' counsel notified Plaintiff's counsel of the need to schedule the continuation of Plaintiff's deposition. In her May 5, 2006 letter, Defendants' counsel offered seven available dates for the deposition and, alternatively, offered to stay the deposition if Plaintiff would agree to participate in mediation to attempt to settle her claims. To date, despite repeated requests by Defendants' counsel, Plaintiff has refused to agree to attend her continued deposition or to participate in mediation. Plaintiff has also refused to join in this Motion.

At this time, therefore, Defendant requests that the Court conduct a Status Conference, rather than the scheduled Pre-trial Conference, on June 15, 2006 at 3:00 p.m.

3

      This Motion is supported by the May 26, 2006 Affidavit of undersigned counsel, Tamsin R. Kaplan, Esq., and accompanied by a proposed Order.

                                          Respectfully submitted,
                                          PATHOLOGY ASSOCIATES OF STURDY
                                          MEMORIAL HOSPITAL, INC. and
                                          RICHARD A. SMITH,
                                          By their Attorneys,

                                          <u>/s/ Tamsin R. Kaplan</u>
                                          Tamsin R. Kaplan BBO #561558
                                          TAMSIN R. KAPLAN & ASSOCIATES, P.C.
                                          90 Concord Avenue
                                          Belmont, MA 02478
                                          (617) 484-3210

May 26, 2006

CERTIFICATE OF SERVICE

    I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 26th day of May, 2006, by electronic filing and first class mail, postage pre-paid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.


    /s/ Tamsin R. Kaplan_____
    Tamsin R. Kaplan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY MEMORIAL HOSPITAL, INC. and RICHARD A. SMITH,<br><br>    Defendants. | Civil Action No. 05-10981-RCL |

## **ORDER**

This matter comes before the Court on Defendants' Motion for Status Conference. After review of the submissions from the parties in this matter, this Court hereby orders as follows:

The Court shall conduct a Status Conference in this matter on June 15, 2006 at 3:00 p.m. Counsel of record with settlement authority are required to attend.

                                                                 Lindsay, J.

Dated: