UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br><br>        Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY<br>MEMORIAL HOSPITAL, INC. and<br>RICHARD A. SMITH,<br><br>        Defendants. | Civil Action No. 05-10981-RCL |

CERTIFICATION PURSUANT TO LOCAL RULE 7.1
TO ACCOMPANY DEFENDANTS' MOTION FOR STATUS CONFERENCE

    I, Tamsin R. Kaplan, attorney of record for the Defendants in the above captioned matter, hereby certify that I have complied with the requirements of Local Rules 7.1. I have had oral and written communications with Plaintiff's counsel regarding postponement of the Pre-trial process in this matter in view of significant delays in discovery. The Plaintiff has been invited to join in the Motion for Status Conference, but has refused.

                            Respectfully submitted,

                            PATHOLOGY ASSOCIATES OF STURDY
                            MEMORIAL HOSPITAL
                            and RICHARD A. SMITH

                            By their attorneys,


                            /s/ Tamsin R. Kaplan_____
                            Tamsin R. Kaplan, BBO#561558
                            TAMSIN R. KAPLAN & ASSOCIATES, P.C.
                            90 Concord Avenue
                            Belmont, MA 02478
                            (617) 484-3210

May 26, 2006

CERTIFICATE OF SERVICE

    I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 26th day of May, 2006, by electronic filing and first class mail, postage pre-paid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

                                          /s/ Tamsin R. Kaplan
                                          Tamsin R. Kaplan