**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br><br>        Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY<br>MEMORIAL HOSPITAL, INC. and<br>RICHARD A. SMITH,<br><br>        Defendants. | Civil Action No. 05-10981-RCL |

**SUPPLEMENTAL AFFIDAVIT OF TAMSIN R. KAPLAN, ESQ.**

I, Tamsin R. Kaplan, first being duly sworn do depose and state as follows:

1. I am an attorney in good standing in the Commonwealth of Massachusetts.

2. I represent the Defendants, Pathology Associates of Sturdy Memorial Hospital, Inc. and Dr. Richard A. Smith, in the above-referenced matter.

3. I present this Supplemental Affidavit to supplement my Affidavit dated May 26, 2006 in this matter in support of Defendants' Motion to Compel Plaintiff to Appear for Deposition and for Attorneys' Fees and Costs.

4. Following the events described in my prior Affidavit, I received from Plaintiff's counsel, Attorney Huppe, a letter stating that the Plaintiff refuses to agree to reasonable limitations on the scope of her continued deposition and that "any additional examination of [the Plaintiff] is unnecessary and irrelevant to the issues in the case." (Exhibit A)

5. At this time, the Plaintiff continues to cause unnecessary delays and expense in the litigation of this matter by refusing to appear for her continued deposition and refusing to participate in mediation.


Signed under the pains and penalties of perjury this 1st day of June, 2006.



                                        /s/ Tamsin R. Kaplan_____
                                        Tamsin R. Kaplan

<u>CERTIFICATE OF SERVICE</u>

I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 1st day of June, 2006, by electronic filing and first class mail, postage pre-paid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

/s/ Tamsin R. Kaplan____
Tamsin R. Kaplan

# KROKIDAS ⬛ BLUESTEIN
## ATTORNEYS
୰

RICHARD M. BLUESTEIN
MARIA J. KROKIDAS
SAMUEL NAGLER
JANET STECKEL LUNDBERG
ROBERT J. GRIFFIN
VINCENT J. PISEGNA
PAUL V. HOLTZMAN
ANTHONY J. CICHELLO
JENNIFER GALLOP
ELKA T. SACHS

600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210
PHONE 617-482-7211 • FAX 617-482-7212

HUGH DUN RAPPAPORT
JULIE HERBST PEABODY
AMANDA MOGIIR RETTIG

ELIZABETH C. ROSS
BARBARA S. PARKER
JULIA E FELDMAN
OF COUNSEL

May 26, 2006

**Via Facsimile and First Class Mail**

Tamsin R. Kaplan, Esq.
Tamsin R. Kaplan & Associates, P.C.
90 Concord Avenue
Belmont, MA  02478

> Re:   **Cynthia Foss Bowman v. Pathology Associates of Sturdy Memorial Hospital, Inc. and Richard A. Smith**
> **(US District Court) Docket No. 05 10981 RCL**

Dear Ms. Kaplan:

I have your letter to Attorney Pisegna and me dated May 25, 2006. Based on my understanding of what you wrote, we are not in agreement about the scope of any additional deposition of Dr. Bowman. The documents upon which Dr. Bowman can be examined are limited to those that were produced by us to you subsequent to Dr. Bowman's deposition on December 2, 2005. In addition, to the extent that you intend the scope to include questions not relating to those documents and that you already had an opportunity to ask of Dr. Bowman, we do not agree to that. Finally, any additional examination of Dr. Bowman is unnecessary and irrelevant to the issues in the case. To the extent you wish to prolong discovery in this way as a means of postponing the Final Pre-Trial Conference, we will oppose any efforts to effect this needless delay.

Very truly yours,

Allison L. Huppe

2129\0001\164698.1