UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY MEMORIAL HOSPITAL, INC. and RICHARD A. SMITH,<br><br>    Defendants. | Civil Action No. 05-10981-RCL |

CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1
TO ACCOMPANY
DEFENDANTS' MOTION TO COMPEL PLAINTIFF
TO APPEAR FOR DEPOSITION
AND FOR ATTORNEYS' FEES AND COSTS

I, Tamsin R. Kaplan, attorney of record for the Defendants in the above captioned matter, hereby certify that I have complied with the requirements of Local Rules 7.1 and 37.1. I have had numerous oral and written communications with Plaintiff's counsel for the purpose of attempting to schedule the continuation of the Plaintiff's deposition.

    Respectfully submitted,

    PATHOLOGY ASSOCIATES OF STURDY
    MEMORIAL HOSPITAL
    and RICHARD A. SMITH

    By their attorneys,

    /s/ Tamsin R. Kaplan_____
    Tamsin R. Kaplan, BBO#561558
    TAMSIN R. KAPLAN & ASSOCIATES, P.C.
    90 Concord Avenue
    Belmont, MA 02478
    (617) 484-3210

June 1, 2006

CERTIFICATE OF SERVICE

      I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 1st day of June, 2006, by electronic filing and first class mail, postage pre-paid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

      /s/ Tamsin R. Kaplan
      Tamsin R. Kaplan