UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CYNTHIA FOSS BOWMAN,<br>Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY<br>MEMORIAL HOSPITAL, INC.  and<br>RICHARD A. SMITH,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-10981-RCL |

**DEFENDANTS' MOTION TO PRECLUDE EXPERT TESTIMONY
PURSUANT TO FED. R. CIV. P. 37(c)
AND REQUEST FOR ORAL ARGUMENT**

Pursuant to Fed. R. Civ. P. 37(c), Defendants hereby move the Court for an Order to preclude Plaintiff from calling an expert witness at trial and preclude Plaintiff from presenting expert evidence through the guise of any fact witness.

Plaintiff has consistently ignored her obligations to provide Defendants with the expert witness disclosures required by the Federal Rules of Civil Procedure and applicable case law. By denying Defendants these mandatory disclosures, Plaintiff has seriously prejudiced Defendants' ability to counter Plaintiff's last-minute attempt to inject expert testimony into this case. For these reasons, Plaintiff should be precluded from calling an expert witness at trial and precluded from presenting expert evidence through the guise of any fact witness.

This Motion is supported by the Memorandum of Law in Support of Defendants' Motion to Preclude Expert Testimony Pursuant to Fed. R. Civ. P. 37(c).  Also, a proposed Order is enclosed herewith.

### REQUEST FOR ORAL ARGUMENT

In view of the upcoming Pre-trial Conference on August 16, 2006 and trial set for September 5, 2006 in this matter, Defendants hereby respectfully request to be heard by the Court on this Motion at the very earliest convenience of the Court.

Respectfully submitted,
PATHOLOGY ASSOCIATES OF STURDY
MEMORIAL HOSPITAL, INC. and
RICHARD A. SMITH,
By their Attorneys,


/s/ Tamsin R. Kaplan _____
Tamsin R. Kaplan BBO #561558
TAMSIN R. KAPLAN & ASSOCIATES, P.C.
90 Concord Avenue
Belmont, MA 02478
(617) 484-3210

June 22, 2006

### CERTIFICATE OF SERVICE

I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 22nd day of June, 2006, by electronic filing and pre-paid overnight delivery, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

/s/ Tamsin R. Kaplan ___
Tamsin R. Kaplan

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br><br>     Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY<br>MEMORIAL HOSPITAL, INC. and<br>RICHARD A. SMITH,<br><br>     Defendants. | Civil Action No. 05-10981-RCL |

<u>ORDER</u>

This matter comes before the Court on Defendants' Motion to to Preclude Expert Testimony Pursuant to Fed. R. Civ. P. 37(c).  After review of the submissions from the parties and oral argument, this Court hereby orders as follows:

Plaintiff is precluded from calling any expert witness at trial in this matter and precluded from presenting expert evidence at trial in any form, including but not limited to testimony by Plaintiff's accountant Scott A. Small, CPA, and any documents and calculations prepared by Mr. Small.

                                     _____
                                     Lindsay, J.

Dated: