UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY<br>MEMORIAL HOSPITAL, INC. and<br>RICHARD A. SMITH,<br><br>    Defendants. | Civil Action No. 05-10981-RCL |

CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1
TO ACCOMPANY
DEFENDANTS' MOTION TO PRECLUDE EXPERT TESTIMONY
PURSUANT TO FED. R. CIV. P. 37( c)

    I, Tamsin R. Kaplan, attorney of record for the Defendants in the above captioned matter, hereby certify that I have complied with the requirements of Local Rules 7.1 and 37.1. I have had communications with Plaintiff's counsel regarding the Plaintiff's intention to present expert testimony at trial in spite of her failure to comply with the expert disclosure requirements of the Federal Rules of Civil Procedure.

                            Respectfully submitted,

                            PATHOLOGY ASSOCIATES OF STURDY
                            MEMORIAL HOSPITAL
                            and RICHARD A. SMITH

                            By their attorneys,

                            /s/ Tamsin R. Kaplan
                            Tamsin R. Kaplan, BBO#561558
                            TAMSIN R. KAPLAN & ASSOCIATES, P.C.
                            90 Concord Avenue
                            Belmont, MA 02478
                            (617) 484-3210

June 22, 2006

CERTIFICATE OF SERVICE

      I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 22nd day June, 2006, by electronic filing and pre-paid overnight delivery, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

    /s/ Tamsin R. Kaplan
    Tamsin R. Kaplan