UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br>    Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY<br>MEMORIAL HOSPITAL, INC. and<br>RICHARD A. SMITH,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10981-RCL<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY
TO OPPOSITION OF PLAINTIFF TO DEFENDANTS'
MOTION TO PRECLUDE EXPERT TESTIMONY
PURSUANT TO FED. R. CIV. P. 37(c)
WITH MOTION FOR ATTORNEYS' FEES AND COSTS
AND SUPPORTING AFFIDAVIT**

  Pursuant to Local Rule 7.1(B)(3), Defendants Pathology Associates of Sturdy Memorial Hospital, Inc. and Richard A. Smith hereby request leave to file a Reply to Plaintiff's Opposition to Defendants' Motion to Preclude Expert Testimony Pursuant to Fed. R. Civ. P. 37(c), including a Motion for Attorneys' Fees and Costs, and accompanied by the Affidavit of Tamsin R. Kaplan, Esq. in Support of Defendants' Motion to Preclude Expert Testimony Pursuant to Fed. R. Civ. P. 37(c). For the Court's review, the proposed Reply and supporting Affidavit have been filed contemporaneously with this Motion.

1

Respectfully submitted,
PATHOLOGY ASSOCIATES OF STURDY
MEMORIAL HOSPITAL, INC. and
RICHARD A. SMITH,
By their Attorneys,


/s/ Tamsin R. Kaplan _____
Tamsin R. Kaplan BBO #561558
TAMSIN R. KAPLAN & ASSOCIATES, P.C.
90 Concord Avenue
Belmont, MA 02478
(617) 484-3210

July 14, 2006

CERTIFICATE OF SERVICE

I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 14th day of July, 2006, by electronic filing and first class mail, postage pre-paid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.


/s/ Tamsin R. Kaplan ____
Tamsin R. Kaplan