UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATHOLOGY ASSOCIATES OF STURDY ) <br> MEMORIAL HOSPITAL, INC. and ) <br> RICHARD A. SMITH, ) <br> ) <br> Defendants. ) | Civil Action No. 05-10981-RCL |

## NOTICE OF APPEARANCE

To:   Clerk of the above-named court

Kindly enter my appearance as Co-Counsel for the Defendants Pathology Associates of Sturdy Memorial Hospital, Inc. and Richard A. Smith.

*[signature]*
David Rapaport BBO# 411920
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
Tel. 617 367-2500
E-mail drapaport@davismalm.com

July 14, 2006