UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br>            Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY<br>MEMORIAL HOSPITAL, INC. and<br>RICHARD A. SMITH,<br>            Defendants. | Civil Action No. 05-10981-RCL |

**MOTION TO PRECLUDE FACT WITNESS TESTIMONY
AND FOR ATTORNEYS' FEES AND COSTS
PURSUANT TO FED. R. CIV. P. 37(c)
AND REQUEST FOR ORAL ARGUMENT**

Pursuant to Fed. R. Civ. P. 37(c), Defendants hereby move the Court for an Order to preclude Plaintiff from calling at trial fact witnesses Joseph Figueredo, Dr. Barbara Stricker and Lucia Jean Charles. Defendants also move the Court to require the Plaintiff to pay for all of the Defendants' attorneys' fees and costs associated with the bringing of this Motion.

Plaintiff entirely ignored her obligations to provide Defendants with the disclosures required by the Federal Rules of Civil Procedure and applicable case law with respect to these three witnesses. By failing to identify these witnesses and denying Defendants any information about the nature of their anticipated testimony, Plaintiff has seriously prejudiced the Defendants' ability to defend this case. For these reasons, Plaintiff should be precluded from calling these three witnesses at trial and required to

1

pay for Defendants' Attorneys' Fees and Costs associated with the bringing of this Motion.

This Motion is supported by the Memorandum in Support of Defendants' Motion to Preclude Fact Witness Testimony and For Attorneys' Fees and Costs Pursuant to Fed. R. Civ. P. 37(c). Also, a proposed Order is enclosed herewith.

**REQUEST FOR ORAL ARGUMENT**

In view of the upcoming Pre-trial Conference on August 16, 2006 and trial set for September 5, 2006 in this matter, Defendants hereby respectfully request to be heard by the Court on this Motion at the very earliest convenience of the Court.

>Respectfully submitted,
>PATHOLOGY ASSOCIATES OF STURDY
>MEMORIAL HOSPITAL, INC. and
>RICHARD A. SMITH,
>By their Attorneys,
>
>/s/ Tamsin R. Kaplan _____
>Tamsin R. Kaplan BBO #561558
>TAMSIN R. KAPLAN & ASSOCIATES, P.C.
>90 Concord Avenue
>Belmont, MA 02478
>(617) 484-3210

July 14, 2006

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY<br>MEMORIAL HOSPITAL, INC. and<br>RICHARD A. SMITH,<br><br>    Defendants. | Civil Action No. 05-10981-RCL |

### ORDER

This matter comes before the Court on Defendants' Motion to Preclude Fact Witness Testimony and For Attorneys' Fees and Costs Pursuant to Fed. R. Civ. P. 37(c). After review of the submissions from the parties and oral argument, this Court hereby orders as follows:

Plaintiff is precluded from calling as trial witnesses Joseph Figueredo, Dr. Barbara Stricker and Lucia Jean Charles. Plaintiffs are ordered to pay for all of Defendants' Attorneys' Fees and Costs associated with the brining of their Motion to Preclude Fact Witness Testimony.

                                                                                    _____
                                                                                    Lindsay, J.

Dated:

3

CERTIFICATE OF SERVICE

    I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 14th day of July, 2006, by electronic filing and first class mail, postage prepaid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

                        /s/ Tamsin R. Kaplan
                        Tamsin R. Kaplan