UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY MEMORIAL HOSPITAL, INC. and RICHARD A. SMITH,<br><br>    Defendants. | Civil Action No. 05-10981-RCL |

CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1
TO ACCOMPANY
DEFENDANTS' MOTION TO PRECLUDE FACT WITNESS TESTIMONY AND
FOR ATTORNEYS' FEES AND COSTS
PURSUANT TO FED. R. CIV. P. 37( c)

I, Tamsin R. Kaplan, attorney of record for the Defendants in the above captioned matter, hereby certify that I have complied with the requirements of Local Rules 7.1 and 37.1. I have communicated with Plaintiff's counsel regarding the Plaintiff's efforts to present fact witness testimony at trial in spite of her failure to comply with the disclosure requirements of the Federal Rules of Civil Procedure.

Respectfully submitted,

PATHOLOGY ASSOCIATES OF STURDY
MEMORIAL HOSPITAL
and RICHARD A. SMITH

By their attorneys,

/s/ Tamsin R. Kaplan_____
Tamsin R. Kaplan, BBO#561558
TAMSIN R. KAPLAN & ASSOCIATES, P.C.
90 Concord Avenue
Belmont, MA 02478
(617) 484-3210

July 14, 2006

CERTIFICATE OF SERVICE

      I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 14th day July, 2006, by electronic filing and first class mail, postage pre-paid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

                                          /s/ Tamsin R. Kaplan_____
                                          Tamsin R. Kaplan