UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br>    Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY<br>MEMORIAL HOSPITAL, INC. and<br>RICHARD A. SMITH,<br>    Defendants. | Civil Action No. 05-10981-RCL |

**DEFENDANTS' MOTION FOR LEAVE TO DESIGNATE EXPERT WITNESS**

Defendants move this Court for leave to designate an expert witness to testify at trial in this matter. Defendants require an expert witness at trial to respond to the testimony of Plaintiff's damages expert. Defendants bring this motion to avoid the serious prejudice to the defense that would occur if they are unable to present expert testimony on the topic of damages in reply to the testimony of the Plaintiff's damages expert. This Motion was necessitated by the Order of this Court dated July 26, 2006 by which the court has allowed Plaintiff to call at trial an expert witness, Certified Public Accountant Scott Small.

According to the information provided by Mr. Small and Plaintiff's counsel, Mr. Small is prepared to testify at trial on issues related to damages such as pension funding deadlines, pension funding limits, lost earnings on pension contributions and related tax consequences. Because the Plaintiff did not identify any expert witness until her pre-trial disclosures approximately 5 months after the close of discovery, defendants did not

1

previously have an opportunity to designate an expert witness to respond to the expert testimony that is now expected to be proffered by Plaintiff at trial.

Therefore, Defendants move this Court for an Order granting leave to Defendants (1) to designate an expert witness to testify at trial; (2) to provide to Plaintiff an expert report pursuant to Fed. R. Civ. P. 26(a)(2)(B) in advance of trial; and (3) to use at trial exhibits in support of the opinions of such expert, such exhibits to be provided to Plaintiff in advance of trial.

A proposed Order is attached hereto.

Respectfully submitted,

/s/ Tamsin R. Kaplan_____
Tamsin R. Kaplan, BBO#561558
TAMSIN R. KAPLAN & ASSOCIATES, P.C.
90 Concord Avenue
Belmont, MA 02478
(617) 484-3210
Attorneys for Defendants


/s/ David Rapaport_____
David Rapaport, BBO#411920
Davis Malm & D'Agostine P.C.
One Boston Place
Boston, MA 02108
(617) 367-2500
Attorneys for Defendants

Dated: July 31, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br><br>      Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY MEMORIAL HOSPITAL, INC. and RICHARD A. SMITH,<br><br>      Defendants. | Civil Action No. 05-10981-RCL |

ORDER

This matter comes before the Court on Defendants' Motion for Leave to Designate Expert Witness. After review of the submissions from the parties, this Court hereby grants leave to Defendants to: (1) designate an expert witness to testify at trial; (2) provide to Plaintiff an expert report pursuant to Fed. R. Civ. P. 26(a)(2)(B) in advance of trial; and (3) use at trial exhibits in support of the opinions of such expert, such exhibits to be provided to Plaintiff in advance of trial.

                                                                          _____
                                                                          Lindsay, J.

Dated:

## CERTIFICATE OF SERVICE

      I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 31st day of July, 2006, by first class mail, postage prepaid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

                                              /s/ Tamsin R. Kaplan
                                              Tamsin R. Kaplan