UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br><br>      Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY MEMORIAL HOSPITAL, INC. and RICHARD A. SMITH,<br><br>      Defendants. | Civil Action No. 05-10981-RCL |

CERTIFICATION PURSUANT TO LOCAL RULE 7.1
TO ACCOMPANY
DEFENDANTS' MOTION FOR LEAVE TO DESIGNATE EXPERT WITNESS

I, Tamsin R. Kaplan, attorney of record for the Defendants in the above captioned matter, hereby certify that I have complied with the requirements of Local Rule 7.1. I have communicated with Plaintiff's counsel about the subject matter of this Motion. Specifically, I sent an email to Plaintiff's counsel to request that Plaintiff assent to Defendants' Motion for Leave to Designate Expert Witness. Plaintiff has declined to assent. In view of the upcoming pretrial deadlines in this matter and trial scheduled for September 6, 2006, time is of the essence with respect to the subject matter of this Motion.

                        Respectfully submitted,

                        /s/ Tamsin R. Kaplan_____
                        Tamsin R. Kaplan, BBO#561558
                        TAMSIN R. KAPLAN & ASSOCIATES, P.C.
                        90 Concord Avenue
                        Belmont, MA 02478
                        (617) 484-3210
                        Attorney for Defendants

July 31, 2006

CERTIFICATE OF SERVICE

    I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 31st day July, 2006, by electronic filing and first class mail, postage pre-paid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

    /s/ Tamsin R. Kaplan
    Tamsin R. Kaplan