UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN,<br>  Plaintiff,<br><br>v.<br><br>PATHOLOGY ASSOCIATES OF STURDY<br>MEMORIAL HOSPITAL, INC. and<br>RICHARD A. SMITH,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10981-RCL<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY
TO OPPOSITION OF PLAINTIFF TO
DEFENDANTS' MOTION TO PRECLUDE FACT WITNESS TESTIMONY
AND FOR ATTORNEYS' FEES AND COSTS
PURSUANT TO FED. R. CIV. P. 37(c)**

Pursuant to Local Rule 7.1(B)(3), Defendants Pathology Associates of Sturdy Memorial Hospital, Inc. and Richard A. Smith hereby request leave to file a Reply to Plaintiff's Opposition to Defendants' Motion to Preclude Fact Witness Testimony and for Attorneys' Fees and Costs Pursuant to Fed. R. Civ. P. 37(c). For the Court's review, the proposed Reply has been filed contemporaneously with this Motion.

Respectfully submitted,

/s/ Tamsin R. Kaplan_____
Tamsin R. Kaplan, BBO#561558
TAMSIN R. KAPLAN & ASSOCIATES, P.C.
90 Concord Avenue
Belmont, MA 02478
(617) 484-3210
Attorneys for Defendants

/s/ David Rapaport_____
David Rapaport, BBO#411920
Davis Malm & D'Agostine P.C.
One Boston Place
Boston, MA 02108
(617) 367-2500
Attorneys for Defendants

Dated: August 1, 2006

CERTIFICATE OF SERVICE

    I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 1st day of August, 2006, by first class mail, postage prepaid, to attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

    /s/ Tamsin R. Kaplan
    Tamsin R. Kaplan