UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FOSS BOWMAN, ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PATHOLOGY ASSOCIATES OF STURDY ) | Civil Action No. 05-10981-RCL |
| MEMORIAL HOSPITAL, INC. and ) | |
| RICHARD A. SMITH, ) | |
|         Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Cynthia Foss Bowman, and Defendants Pathology Associates of Sturdy Memorial Hospital, Inc. and Richard A. Smith, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to either party.

| | |
|---|---|
| CYNTHIA FOSS BOWMAN | Respectfully submitted,<br>PATHOLOGY ASSOCIATES OF STURDY MEMORIAL HOSPITAL, INC. and RICHARD A. SMITH, |
| By her attorneys, | By their attorneys, |
| /s/ Vincent J. Pisegna  (TRK)<br>Vincent J. Pisegna (BBO# 400560)<br>Krokidas & Bluestein LLP<br>P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 482-7211 | /s/ Tamsin R. Kaplan<br>Tamsin R. Kaplan (BBO# 561558)<br>Tamsin R. Kaplan & Associates,<br>90 Concord Avenue<br>Belmont, MA  02478<br>(617) 484-3210 |
| | /s/ David Rapaport<br>David Rapaport (BBO# 411920)<br>Davis Malm & D'Agostine P.C.<br>One Boston Place<br>Boston, MA 02108<br>(617) 367-2500 |

Dated: August 22, 2006

CERTIFICATE OF SERVICE

      I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 22nd day of August, 2006 by electronic filing and first class mail, postage prepaid, on attorney of record for the Plaintiff, Vincent J. Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

      /s/ Tamsin R. Kaplan
      Tamsin R. Kaplan